JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Creditor
Educational Financial Services, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>GLENN EDWARD MCLUCAS, SR.<br>and LAURA LYNN MCLUCAS,<br><br>Chapter 7 Debtors. | Case No. 9:09-bk-11986-RR<br><br>Chapter 7<br><br>Adv. No. 9:10-ap-01008-RR<br><br>**STIPIULATION BETWEEN PLAINTIFF AND DEFENDANTS FOR ENTRY OF JUDGMENT** |
| EDUCATIONAL FINANCIAL SERVICES, LTD.,<br><br>                Plaintiff.<br><br>v.<br><br>GLENN EDWARD MCLUCAS, SR., an individual, and LAURA LYNN MCLUCAS, an individual,<br><br>                Defendants. | Date:<br>Time:<br>Place: 1415 State Street, Santa Barbara<br>Courtroom 201 |

**COMES NOW**, Plaintiff EDUCATIONAL FINANCIAL SERVICES, LTD., a California corporation ("EFS") and Defendants GLENN EDWARD MCLUCAS, SR., and LAURA LYNN MCLUCAS (the "Defendants"), and agree, stipulate and respectfully request that the Court enter Judgment as follows:

**WHEREAS,** the Defendants filed for relief under chapter 7 of the Bankruptcy

Code on May 27, 2009;

**WHEREAS,** on March 2, 2010, EFS filed its Second Amended Adversary Complaint against the Defendants alleging causes action under 11 U.S.C. §§ 523(a)(3)(B), 727(e), 727(a)(2)(A), 727(a)(3) & 727(a)(4);

**WHEREAS,** Defendants filed their answer to EFS' Second Amended Adversary Complaint on March 16, 2010;

**WHEREAS,** EFS and the Defendants desire to resolve the Adversary Case through entry of Judgment in favor of EFS on the §523(a)(3)(B) claims only.

**NOW THEREFORE,** the EFS and the Defendants agree and stipulate and request that the Court enter Judgment as follows:

1. Judgment shall be entered in favor of EFS and against GLENN EDWARD MCLUCAS, SR., and LAURA LYNN MCLUCAS in the amount of $160,000.00;

2. The Judgment shall be non-dischargeable pursuant to 11 U.S.C. §523(a)(3)(B);

3. The Judgment shall be non-dischargeable in any future filing by either of the Defendants under any chapter of the United States Bankruptcy Code;

4. Execution on the Judgment shall be stayed so long as the Defendants pay the amount of $100,000.00; $10,000.00 of which has been received by EFS pending approval of the parties settlement and the remaining $90,000.00 which shall be paid in 48 equal monthly installments of $1,875.00, commencing November 15, 2010, and due on the 15th day of each month thereafter;

5. In the case of DefendantS' failure to comply with the terms set forth in paragraph 4 hereinabove, EFS shall be entitled to the entire amount of the Judgment as set forth in paragraph 1 hereinabove, plus the legal rate of interest and reasonable attorney's fees and costs incurred in collecting any amount as a result of a default;

6. The Order On Plaintiff's Motion For Preliminary Injunction Prohibiting Continued Embezzlement And Conversion Of Student Loan Payments entered

by this Court on May 25, 2010, in this Adversary Case shall become a Permanent Injunction, fully enforceable by this Court;

7. The Order Directing Students To Make Payments To Educational Financial Services, Ltd., entered by this Court on July 16, 2010, in this Adversary Case shall remain in full force and effect;

8. The Order Holding Debtors In Contempt Of Court's Order Dated May 25, 2010, entered by this Court on July 19, 2010, in this Adversary Case shall remain in full force and effect.

9. The Bankruptcy Court shall retain jurisdiction over enforcement of this stipulation.

**IT IS SO STIPULATED AND AGREED.**

DATED: 9/13/2010

By: _____
GLENN EDWARD MCLUCAS, SR.

DATED: 9-13-10

By: _____
LAURA LYNN MCLUCAS

**Respectfully presented by:**

DATED: 9/22/10

JEFFREY S. SHINBROT, APLC

By: _____
Jeffrey S. Shinbrot

1  DATED: 9/13/10          NORDMAN CORMANY HAIR &
2                          COMPTON LLP
3
4                          By: _____
                           William E. Winfield
5                          Attorneys for Defendants
                           Glenn Edward McLucas, Sr. and Laura
6                          Lynn McLucas
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: GLENN EDWARD MCLUCAS, SR., And LAURA LYNN MCLUCAS  Debtor(s). | CHAPTER 7 CASE NO. 9:09-bk-11986-RR ADV. CASE NO.: 10-01008-RR |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, California 90211

The foregoing document described as **STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS FOR ENTRY OF JUDGMENT:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**X    I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David Farmer (TR)    emily@farmerandready.com, cacie@farmerandready.com;ca66@ecfcbis.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 22, 2010 served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**X    III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
(indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on September 22, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robin L. Riblet (Via attorney service)
United States Bankruptcy Court - Central District of California
1415 State Street, Bin outside of Suite 103
Santa Barbara, CA 93101-2511

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 22, 2010    Sandra Rodriguez
Date    Type Name    Signature

PROOF OF SERVICE BANKRUPTCY COURT    PROOF OF SERVICE